UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROY JONES (#358063)

VERSUS

DR. JASON COLLINS, ET AL.

CIVIL ACTION

NO. 13-392-SDD-RLB

### RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated November 7, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion for Summary Judgment*[3] filed by Defendants, Jason Collins and Dorothy White, is GRANTED and the Plaintiff's claims asserted against these Defendants are dismissed with prejudice and this action is dismissed.

Baton Rouge, Louisiana the 16 day of December, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 29.
[3] Rec. Doc. 28.